IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SANDRA GUZMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-697-D |
| | ) | |
| SMITHFIELD FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the Corporate Disclosure Statement [Doc. No. 15] filed by Dolgencorp, LLC pursuant to Fed. R. Civ. P. 7.1, the Court finds that the statement fails to comply with LCvR7.1.1 and additional information is needed. Defendant Dolgencorp, LLC "is a Kentucky limited liability corporation." *See* Am. Joint Status Report [Doc. No. 12]. This description is confusing, but it appears to indicate that Dolgencorp, LLC was formed under the Kentucky Limited Liability Company Act, Ky. Rev. Stat. Ann. §§ 275.001-275.540. If so, the Court's local rules require Defendant Dolgencorp, LLC to "file a separate 'Disclosure Statement Identifying Constituents of LLC or Partnership,' identifying the LLC's members." *See* LCvR7.1.1.

Further, federal jurisdiction in this case rests on 28 U.S.C. § 1332(a). A limited liability company is not treated like a corporation for jurisdictional purposes under 28 U.S.C. § 1332(c)(1), but like an unincorporated association that has the citizenship of each of its members under *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990). *See Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015).

Thus, Dolgencorp, LLC's disclosure statement must also identify its members' states of citizenship. *See* LCvR7.1.1. If any of its members are LLC's or other unincorporated associations, the members of those entities must be identified as well. *See Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007).

IT IS THEREFORE ORDERED that Defendant Dolgencorp, LLC is directed to file a disclosure statement that complies with LCvR7.1.1 within 7 days of this Order.

IT IS SO ORDERED this 13th day of September, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE