IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA GUZMAN,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Case No. CIV-17-697-D |
| ) | |
| SMITHFIELD FOODS, INC., *et al*.,      ) | |
| ) | |
| Defendants.      ) | |

**O R D E R**

Upon review of the Corporate Disclosure Statement [Doc. No. 27] filed by
Defendant Armour-Eckrich Meats, LLC pursuant to Fed. R. Civ. P. 7.1, the Court finds
that the statement fails to comply with LCvR7.1.1 and additional information is needed.
Defendant Armour-Eckrich Meats, LLC states it is now known as Smithfield Direct, LLC
and is a Delaware limited liability company. The Court's local rules require a limited
liability company to "file a separate 'Disclosure Statement Identifying Constituents of LLC
or Partnership,' identifying the LLC's members." *See* LCvR7.1.1.

Further, federal jurisdiction in this case rests on 28 U.S.C. § 1332(a). Under this
statute, a limited liability company is treated like an unincorporated association that has
the citizenship of each of its members. *See Siloam Springs Hotel, LLC v. Century Surety
Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015). Thus, in a diversity case, a limited liability
company's disclosure statement must also identify its members' states of citizenship. *See*
LCvR7.1.1. Defendant Armour-Eckrich Meats, LLC states it "is a wholly owned
subsidiary of Smithfield Packaged Meats Corp. . . . (Delaware corporation)," but does not

identify the corporation's principal place of business, as required to establish its citizenship under 28 U.S.C. § 1332(c)(1).

IT IS THEREFORE ORDERED that Defendant-Armour Eckrich Meats, LLC is directed to file a disclosure statement that complies with LCvR7.1.1 within 7 days of this Order.

IT IS SO ORDERED this **1st** day of December, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE